No. 10-10397. **Calvin Effron, Petitioner v. United States.**

565 U.S. 835, 132 S. Ct. 139, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5402, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 378.

No. 10-10404. **Londell Jenkins, Petitioner v. Michigan.**

565 U.S. 835, 132 S. Ct. 140, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5802.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

No. 10-10405. **Roger A. Libby, Petitioner v. Catherine Cortez Masto, Attorney General of Nevada, et al.**

565 U.S. 835, 132 S. Ct. 140, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5442.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-10406. **Mathew Lamont Powell, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

565 U.S. 836, 132 S. Ct. 140, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5418, 

October 3, 2011. Petition for writ of certiorari to United States Court of Appeals for the Ninth Circuit denied.

No. 10-10407. **Michael Edward McCasland, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice Correctional Institutions Division.**

565 U.S. 836, 132 S. Ct. 140, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5327.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-10410. **Steven Johnson, Petitioner v. J. David Donahue, Warden.**

565 U.S. 836, 132 S. Ct. 140, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5512.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.

No. 10-10412. **Patricia Shepard, Petitioner v. United States.**

565 U.S. 836, 132 S. Ct. 140, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5311, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.